IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN DURRANT,                         :
                                      :
       Petitioner                     :
                                      :
   v.                                 :     CIVIL NO. 4:CV-14-1099
                                      :
SUPERINTENDENT BICKELL,                :     (Judge Brann)
                                      :
       Respondent                     :

# **ORDER**

December 7, 2015

In accordance with the Memorandum, previously docketed as separate record documenter no. 28, **IT IS HEREBY ORDERED THAT**:

1. Durrant's habeas corpus petition is **DENIED.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

             BY THE COURT:

               s/Matthew W. Brann
             Matthew W. Brann
             United States District Judge

1